78 A.3d 611

**Ephrem GARCIA, Petitioner**

v.

**COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, Respondent.**

**No. 118 EM 2013.**

Supreme Court of Pennsylvania.

Oct. 16, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of October, 2013, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is directed to forward these filings to counsel of record.